11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Insurance Depot

Appellant

Vs.                   No.
11-02-00128-CV B
Appeal from Dallas County

Schell &
Quillin, L.L.P.

Appellee

 

Appellant
has filed in this court a motion for voluntary dismissal.  Appellant states that a written agreement to
settle has been signed by all the parties. 
The motion is granted. 
TEX.R.APP.P. 42.1.

The
appeal is dismissed.

 

PER CURIAM

 

May 23, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.